# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR1932-BTM |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION AND SUPERSEDING INFORMATION |
| v. | |
| CRYSTAL LAUINA ET AL., | |
| Defendants. | |

Upon joint motion of the UNITED STATES OF AMERICA and counsel for each defendant and good cause appearing, IT IS HEREBY ORDERED that the Information and Superseding Information in the above-entitled case be dismissed with prejudice. The Government shall continue to comply with this Court's Order filed on April 18, 2016, page 12 as amended as to part (1) on May 9, 2016. The hearing on June 17, 2016, at 2:30 p.m. remains on calendar.

IT IS SO ORDERED.

DATED: May 27, 2016

_____
HONORABLE BARRY TED MOSKOWITZ
Chief United States District Judge