# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUN 07 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

Crystal Lauina [1]

           Defendant.

Case No. 15cr1932-BTM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information and Superseding Information:

21:952,960,963 - Conspiracy to Import Methamphetamine
21:952 and 960 – Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/1/2016

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge