UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Crystal Lauina [1]<br><br>                              Defendant. | Case No. 15cr1932-BTM<br><br>**FILED** JUN 07 2016<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: ___ DEPUTY<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__   the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, with prejudice; or

__   the Court has granted the motion of the defendant for a judgment of acquittal; or
__   a jury has been waived, and the Court has found the defendant not guilty; or

__   the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information and Superseding Information:

21:952,960,963 - Conspiracy to Import Methamphetamine
21:952 and 960 – Importation of Methamphetamine

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/1/2016

_____
Hon. Barry Ted Moskowitz
United States District Judge